1  SEYFARTH SHAW LLP
   David  M. Wiseblood (SBN 115312)
2  dwiseblood@seyfarth.com
   Robin M. Cleary (SBN 192489)
3  rcleary@seyfarth.com
   Patty H. Lee (SBN 245192)
4  plee@seyfarth.com
   560 Mission Street, Suite 3100
5  San Francisco, California 94105
   Telephone: (415) 397-2823
6  Facsimile: (415) 397-8549

7  Attorneys for Plaintiff
   BIG VALLEY POWER, LLC

8

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11  BIG VALLEY POWER, LLC            )  Case No. 2:09-cv-2516-FCD-EFB
                                     )
12        Plaintiff,                 )  **ORDER GRANTING APPLICATION**
                                     )  **TO EXTEND TIME TO FILE MOTION**
13        v.                         )  **TO REMAND CASE TO STATE**
                                     )  **COURT**
14  NEXBANK SSB, CHICAGO TITLE       )
    COMPANY, and DOES 1 through 25, inclusive )
15                                   )
          Defendant.                 )
16  _____ )

17

18        Pursuant to Local Rule 6-144 of this Court and based upon the parties' Stipulation To

    Extend Deadline to File Motion to Remand Case to State Court and good cause showing,
19
    Plaintiff Big Valley Power, LLC's ("Plaintiff") Application to Extend Time to File Motion to
20
    Remand Case to State Court is hereby GRANTED. Plaintiff shall have until October 30, 2009 to
21
    file a Motion to Remand.
22
          IT IS SO ORDERED.
23

24

25  DATED: September 28, 2009

26                                   _____
                                     FRANK C. DAMRELL, JR.
27                                   UNITED STATES DISTRICT JUDGE

28

                                     1