1 SEYFARTH SHAW LLP
David M. Wiseblood (SBN 115312)
2 dwiseblood@seyfarth.com
Robin M. Cleary (SBN 192489)
3 rcleary@seyfarth.com
Patty H. Lee (SBN 245192)
4 plee@seyfarth.com
560 Mission Street, Suite 3100
5 San Francisco, California 94105
Telephone: (415) 397-2823
6 Facsimile: (415) 397-8549

7 Attorneys for Plaintiff
BIG VALLEY POWER, LLC
8
Ira G. Rivin (SBN: 62530)
9 irivin@rutan.com
Martina A. Slocomb (SBN: 252157)
10 mslocomb@rutan.com
RUTAN & TUCKER, LLP
11 611 Anton Boulevard, 14th Floor
Costa Mesa, California 92626-1931
12 Telephone: (714) 641-5100
Facsimile: (714) 546-9035
13
Attorneys for Defendant
14 NEXBANK SSB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG VALLEY POWER, LLC ) | Case No. 2:09-cv-2516 FCD (EFB) |
| ) | |
| Plaintiff, ) | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND ORDER** |
| ) | |
| v. ) | |
| ) | |
| NEXBANK SSB, CHICAGO TITLE ) COMPANY, and DOES 1 through 25, inclusive ) | |
| ) | |
| Defendant. ) | |

1  IT IS HEREBY STIPULATED by and between Plaintiff Big Valley Power, LLC ("Plaintiff") and Defendant Nexbank SSB ("Defendant"), through their respective counsel of record, that Plaintiff's complaint and all causes of action therein are dismissed without prejudice, each party to bear its own attorneys' fees and costs of suit.  Plaintiff and Defendant have agreed to a mutually acceptable resolution of all issues in this case and have agreed to entry of this Stipulated Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

DATED: October 14, 2009               SEYFARTH SHAW LLP


                                      By:      /s/
                                          Robin M. Cleary
                                      Attorneys for Plaintiff
                                      BIG VALLEY POWER, LLC


DATED: October 14, 2009               RUTAN & TUCKER, LLP


                                      By:      /s/
                                          MARTINA A. SLOCOMB
                                      Attorneys for Defendant
                                      NEXBANK SSB


### ORDER OF DISMISSAL

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action be dismissed without prejudice in its entirety, each party to bear their own attorney's fees and costs.

DATED: October 15, 2009

SF1 28372116.1

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE
2
Stipulation of Dismissal and Proposed Order / Case No. 2:09-CV-2516